**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RANDY FRITZ | )        CASE NO. 13-80744 |
| MONICA FRITZ | ) |
| | ) |
| Debtors. | ) |

**NOTICE OF OBJECTION TO TARDILY FILED CLAIM NO. 5**

GARY T. RAFOOL, Trustee herein, hereby objects to Claim No. 5 tardily filed by CAPITAL ONE, N.A., in the amount of $1,419.21. Said claim may be reduced, modified or eliminated. The basis for the objection is indicated below:

The claim was filed tardily; however, the trustee consents to the allowance of the claim to be paid subordinate to all timely filed claims, as a general unsecured claim in the amount of $1,419.21.

IF YOU DISAGREE WITH THE OBJECTION, YOU SHOULD FILE AN ANSWER AND/OR AMENDED CLAIM WITH THE BANKRUPTCY COURT WITHIN 30 DAYS FROM THE DATE OF THIS NOTICE. YOU MUST FILE YOUR ANSWER EARLY ENOUGH SO THAT THE COURT WILL RECEIVE IT ON OR BEFORE THIS DATE. YOU MUST SERVE A COPY OF YOUR ANSWER ON THE TRUSTEE AND ALL PARTIES LISTED ON THE PROOF OF SERVICE. ABSENCE OF A TIMELY ANSWER WILL CONSTITUTE A CONSENT TO THE ENTRY OF AN ORDER ALLOWING OR DISALLOWING THE CLAIM AS SET FORT IN THE OBJECTION.
Go to www.ilcb.uscourts.gov for information re: mandatory electronic filing.

Dated: October 31, 2013            /s/ GARY T. RAFOOL
                                   Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

   **The undersigned certifies that this electronic document was served either electronically through the court's electronic mailing system pursuant to the notice generated by the court, or if not sent electronically then by either hand-delivering or depositing a printed copy into the United States mail at the mail chute located at 411 Hamilton Blvd., Peoria, IL, on October 31, 2013, with postage prepaid at the address listed on the creditor matrix, upon the following parties:**

      **Mr. Harry Williams, Attorney for Debtors**

      **Capital One, N.A.**
      **c/o Bass & Associates, P.C.**
      **Attn:  Kera Meza, Adm. Asst.**
      **3936 E. Ft. Lowell Rd., Suite 200**
      **Tucson, AZ 85712**

      **Office of the U.S. Trustee**


      **BY:  /s/   GARY T. RAFOOL**
        **CHAPTER 7 TRUSTEE**

**GARY T. RAFOOL**
**Chapter 7 Trustee**
**411 Hamilton Blvd., Suite 1600**
**Peoria, IL 61602**
**Telephone:  (309) 673-5535**